**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AKEEM SHERIFF,

                                      Petitioner,                      26 **CIVIL** 1092 (GHW)

       -against-                                     **JUDGMENT**

LAWRENCE CATLETTI, *et al.*,

                                Respondents.
--------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated May 12, 2026, Mr. Sheriff's petition for a writ of habeas corpus is DENIED; accordingly, the case is closed.

**DATED:** New York, New York
         May 13, 2026

                                     **TAMMI M. HELLWIG**
                                   _____
                                      **Clerk of Court**

               **BY:**            *K. Mango*
                                      _____
                                      **Deputy Clerk**